IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01417-BNB

JAMES LEE COSGROVE,

    Plaintiff,

v.

WARDEN RIOS,
WARDEN REUELL,
LT. CHAVEZ (S.I.S.),
LT. VIGIL,
OFFICER VANECK (S.I.S.),
DR. RICHTER,
LT. GRAMM,
MR. PACHECO,
A.W. D. JONES,
A.H.S.A. B. GREENWOOD, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 11 2007

GREGORY C. LANGHAM
               CLERK

___

ORDER DISMISSING CASE

___

Plaintiff, James Lee Cosgrove, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, High Security, in Florence, Colorado. He submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. He has been granted leave to proceed pursuant to 28 U.S.C. § 1915 (2006).

On August 30, 2007, Mr. Cosgrove submitted a letter to the clerk of the Court asking to dismiss the instant action without prejudice. The Court must construe liberally the August 30 letter because Mr. Cosgrove filed the letter on his own behalf. *See*

***Haines v. Kerner***, 404 U.S. 519, 520-21 (1972); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the August 30 letter liberally as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. ***See*** J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. ***See Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that the letter that Plaintiff, James Lee Cosgrove, submitted to and filed with the Court on August 30, 2007, is construed liberally as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of August 30, 2007, the date the liberally construed notice of dismissal was filed in this action. It is

FURTHER ORDERED that the action is dismissed without prejudice. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this 7 day of Sept, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01417-BNB

James L. Cosgrove
Reg. No. 07892-084
USP Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on  9-11-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk