# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01417-ZLW

JAMES LEE COSGROVE,

    Plaintiff,

v.

WARDEN RIOS,
WARDEN REUELL,
LT. CHAVEZ (S.I.S.),
LT. VIGIL,
OFFICER VANECK (S.I.S.),
DR. RICHTER,
LT. GRAMM,
MR. PACHECO,
A.W. D. JONES,
A.H.S.A. B. GREENWOOD, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 29 2007

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the letter to the clerk of the Court that Plaintiff James Lee Cosgrove submitted to and filed with the Court on October 11, 2007. Mr. Cosgrove asks the Court to reinstate the instant action and to enjoin his transfer to another jurisdiction. This case was dismissed without prejudice in an order filed on September 11, 2007. This case is closed. Therefore, Mr. Cosgrove's requests in the October 11 letter are DENIED. If Mr. Cosgrove wishes to pursue his claims, he may do so by initiating a separate action.

Dated:  October 29, 2007

Copies of this Minute Order mailed on October 29, 2007, to the following:

James Cosgrove
Reg. No. 07892-084
USP – Florence
PO Box 7000
Florence, CO 81226

_____
                    Secretary/Deputy Clerk